IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FREDERIC S. MORTON, | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. 17-CV-00166-WS-MU |
| TASTE BUDS MANAGEMENT, LLC; being that person, firm, or corporation, doing business as Zea Rotisserie and Grill in Mobile County, Alabama at the time and place complained of; JOHN DOE and RICHARD ROE, Individuals 1-99 d/b/a Companies B-Z, whether or not incorporated, but being those persons, firms, corporations or other legal entities which had control, right of control or implied control over Zea Rotisserie and Grill and its facilities, in Mobile County, Alabama, at the time and place complained of, whose correct legal identity is unknown to the Plaintiff at this time, but which will be added properly by amendment when ascertained, jointly and severally, | * | |
| Defendants | * | |

PLAINTIFF FREDERIC S. MORTON'S RULE 26(a)(1)
INITIAL DISCLOSURES

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Frederic S. Morton, respectfully makes his initial disclosures as follows:

(a)(1)(A)(i) WITNESSES

1. Frederic S. Morton
   2954 South Richardson Drive
   Mobile, AL 36606

   (251) 473-4993

   (Plaintiff)

2. Janice Morton
   2954 South Richardson Drive
   Mobile, AL 36606
   (251) 473-4993

   (Present at the time and scene of the accident)

3. Christopher Morton
   13921 Dauphin Island Parkway
   Coden, AL 36523
   (251) 391-5029

   (Present at the time and scene of the accident)

4. Agnes M. Lowe
   13921 Dauphin Island Parkway
   Coden, AL 36523
   (251) 473-4993

   (Present at the time and scene of the accident)

5. Jerry Todd
   1000 Highpoint Drive West
   Mobile, AL 36609
   (251) 463-0370

   (Owner of Jaguar Vending for whom Plaintiff has provided services before and after accident - can testify to Plaintiff's physical condition before and after the accident and lost wages)

6. Andre Fontana, M.D.
   Alabama Orthopaedic Clinic
   3610 Springhill Memorial Drive N.
   Mobile, AL 36608
   (251) 410-3600

   (Plaintiff's treating orthopaedic physician)

7. Personnel, including nurses and other staff, who treated or attended to Plaintiff while a patient there and Custodian of Records
   Springhill Medical Center
   3719 Dauphin Street
   Mobile, AL 36608
   (251) 344-9630

8. Personnel, including nurses and other staff, who treated or attended to Plaintiff while a patient there and Custodian of Records
   Springhill Senior Residence
   3717 Dauphin Street
   Mobile, AL 36608
   (251) 343-0909

9. Personnel, including nurses and other staff, who treated or attended to Plaintiff while a patient there and Custodian of Records
   Alabama Orthopaedic Clinic
   3610 Springhill Memorial Drive N.
   Mobile, AL 36608
   (251) 410-3600

(ii) DOCUMENTS IN SUPPORT OF CLAIM

1. Documents from Springhill Medical Center reflecting description and cost of medical services provided. (Produced)

2. Documents from Alabama Orthopaedic Clinic reflecting description and cost of medical services provided. (Produced)

3. Documents from Springhill Senior Residence reflecting description and cost of medical services provided. (Produced)

4. Miscellaneous medical bills. (Produced)

5. Documents reflecting medical bills owed by Plaintiff not covered by Plaintiff's insurance. (Produced)

(iii) COMPUTATION OF DAMAGES

1. Pain and suffering, permanent injury, mental anguish, and punitive damages. Unliquidated, non-pecuniary damages to be determined by jury.

2. Lost wages

   Off work due to injury for 33 weeks - averaged 33 hours per week - at that time - pay was $9.00 per hour; 33 x 33 x $9.00 = $9801.00 lost wages

3. Uninsured medical expenses - $2,600.00

4. Court costs - $497.33

s/Andrew M. Jones
ANDREW M. JONES(JON078)
Attorney for Plaintiff
Seale, Marsal & Jones
P. O. Box 1746
Mobile, Alabama  36633
(251) 432-6685
jones_lawyer@netzero.net

CERTIFICATE OF SERVICE

I hereby certify that on June 19 , 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will send notification of such filing to the following: Honorable Michael C. Niemeyer, Attorney for Defendant, P. O. Box 1499, Fairhope, Alabama 36533 mniemeyer@handarendall.com and Honorable Christopher S. Williams, Attorney for Defendant, P. O. Box 123, Mobile, Alabama 36601 cwilliams@handarendall.com .

s/Andrew M. Jones
ANDREW M. JONES