IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FREDERIC S. MORTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 17-CV-00166-WS-M |
| | ) |
| **TASTE BUDS MANAGEMENT, LLC;** | ) |
| **Being that person, firm or corporation,** | ) |
| **doing business as Zea Rotisserie and** | ) |
| **Grill in Mobile County, Alabama, et al.,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

Defendant Taste Buds Management, LLC gives notice that it served Defendant's Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) upon counsel for Plaintiff Frederic S. Morton by electronic mail and/or U.S. First Class Mail, postage prepaid.

Respectfully submitted,

*/s/Christopher S. Williams*
MICHAEL C. NIEMEYER (ASB-0703-M71M)
CHRISTOPHER S. WILLIAMS (WILLC7030)
Attorneys for Taste Buds Management, LLC
HAND ARENDALL LLC
Post Office Box 1499
Fairhope, Alabama  36533
Telephone: (251) 990-0079
Facsimile:  (251) 210-0606
mniemeyer@handarendall.com
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile:  (251) 544-1601
cwilliams@handarendall.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that, on June 19, 2017, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew M. Jones  
Counsel for Plaintiff  
P. O. Box 1746  
Mobile, AL 36633  
Jones_lawyer@netzero.net

                              */s/Christopher S. Williams*