# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FREDERIC S. MORTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 17-CV-00166-WS-M |
| | ) |
| **TASTE BUDS MANAGEMENT, LLC,** | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action, with prejudice, with each party to bear his or its own costs.

Undersigned counsel for Defendant Taste Buds Management, LLC has express permission from counsel for Plaintiff Frederic S. Morton to file this document as a joint stipulation.

Respectfully submitted this 28th day of June, 2017.

| | |
|---|---|
| */s/ Andrew M. Jones* | */s/ Christopher S. Williams* |
| ANDREW M. JONES (ASB-4497-E38A) | MICHAEL C. NIEMEYER (ASB-0703-M71M) |
| Counsel for Plaintiff Frederic S. Morton | CHRISTOPHER S. WILLIAMS (WILLC7030) |
| P. O. Box 1746 | Counsel for Defendant Taste Buds Management, LLC |
| Mobile, AL 36633 | HAND ARENDALL LLC |
| | Post Office Box 1499 |
| | Fairhope, Alabama 36533 |
| | Telephone: (251) 990-0079 |
| | Facsimile: (251) 210-0606 |
| | mniemeyer@handarendall.com |
| | Post Office Box 123 |
| | Mobile, Alabama 36601 |
| | Telephone: (251) 432-5511 |
| | Facsimile: (251) 544-1601 |
| | cwilliams@handarendall.com |