IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FREDERIC S. MORTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 17-0166-WS-MU |
| | ) |
| **TASTE BUDS MANAGEMENT, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the parties' joint stipulation for dismissal, (Doc. 14), this action is **dismissed with prejudice**, each party to bear its own costs.

DONE and ORDERED this 29th day of June, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE